American Labor Party for the Public Office of Member of the City Council of the City of New York, Appellants. S. Howard Cohen and Others, as Commissioners of Elections for the City of New York, Constituting the Board of Elections of the City of New York, Respondents; Daniel Allen, Intervenor.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of William J. Goodwin, Appellant, for an Order Pursuant to Article 14 and Sections 330 and 335 of the Election Law and Other Sections Pertinent Thereto. S. Howard Cohen and Others, Commissioners of Elections of the City of New York, Constituting the Board of Elections of the City of New York, and Harold Haynes, Objector Herein, Respondents.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of Neil M. Lieblich, Petitioner, Respondent, for an Order Restraining S. Howard Cohen, as President of the Board of Elections in the City of New York, and Jacob A. Livingston and Others, Constituting the Board of Elections in the City of New York, Respondents, from Placing upon the Voting Machines to Be Used at the General Election on the 4th Day of November, 1941, in and for the Borough of Brooklyn and the County of Kings in the City of New York the Names of Matthew J. Troy, as Candidate for Borough President for the Borough of Brooklyn; William Stanley Miller, as Candidate for Surrogate of the County of Kings; Abner C. Surpless, Jacob A. Freedman and Benjamin Brenner, as Candidates for Judge of the County Court of the County of Kings; Robert J. Crews, as Candidate for Sheriff of the County of Kings, and Carmine A. Ventiera, as Candidate for Register of the County of Kings, under the Name or Designation United City Party, or with the Emblem of a Bridge. Matthew J. Troy and Others, Appellants.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel and Taylor, JJ., concur; Close, J., dissents and votes to reverse on the authority of *Matter of Garside* v. *Cohen* (265 N. Y. 606).

In the Matter of the Application of Joseph M. Lonergan, Appellant, for an Order to Invalidate and Declare Null and Void Nominating Petition Filed with the Board of Elections of the City of New York, Designating John M. Londergan, as Candidate for the Position of Councilman of the City of New York, in the Borough of Queens and to Restrain the Board of Elections from Certifying Him and Printing His Name on the Ballot for November 4th, 1941. S. Howard Cohen and Others, Constituting the Board of Elections of the City of New York, and John M. Londergan, Respondents.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of Peter J. McGuinness, James V. Mangano, Louis Goldstein, Franklin Taylor, Francis D. McGarey and John Cashmore, Appellants, for an Order Directing S. Howard Cohen, as President of the Board of Elections of the City of New York, and Jacob A. Livingston and Others, Constituting the Board of Elections in the City of New York, Respondents, to Declare Invalid a Certain Document Purporting to Be an Independent Nominating Petition Filed for or on Behalf of the United City Party, Containing the Names of Matthew J. Troy, as Candidate for Borough President of the Borough of Brooklyn; William Stanley Miller, as Candidate for Surrogate of the County of Kings; Abner C. Surpless, Jacob A. Freedman and Benjamin